# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

ZICRON LORENZEN WRIGHT, )
)
    Movant, )
)
v. ) CV417-066
) CR415-096
UNITED STATES OF AMERICA, )
)
    Respondent. )

## **REPORT AND RECOMMENDATION**

Zicron Wright filed a self-styled "Motion to Vacate or Correct Illegal Sentences," seeking to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. Doc. 88.[1] He was ordered to submit a completed § 2255 form petition or risk a recommendation of dismissal. Doc. 2. He has not complied with or responded to the Court's order.

This case should be dismissed without prejudice on inactivity and, thus, abandonment grounds. Doc. 2 at 2 (Order warning Wright of dismissal if he failed to return his § 2255 form petition and any supporting memorandum within 30 days of service of the Court's order).

---

[1] The Court is citing to the criminal docket in CR415-096 unless otherwise noted, and all page numbers are those imprinted by the Court's docketing software.

*See* L.R. 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED**, this __8th__ day of May, 2017.

_/s/ G.R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA